**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

**LISA CIAMPAGLIA,**                          :

       **Petitioner,**               :       **CRIMINAL NO. 3:18-00016-2**

     **v.**                                   :               **(JUDGE MANNION)**

**UNITED STATES OF AMERICA,**      :

      **Respondent.**              :

## ORDER

In accordance with the court's memorandum issued this same day**, IT IS HEREBY ORDERED** that Petitioner's motion to vacate, (Doc. 174), is **DENIED**. A certificate of appealability will not issue.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATE: July 11, 2023**
18-16-02